UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>  Plaintiff,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>  Defendant. | Case No. 25-cv-03387-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Sergey Firsov initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On April 18 the Court denied Plaintiff's in forma pauperis application and directed him to pay the $405 filing fee by May 6, 2025. ECF No. 6. The Court warned Plaintiff that failure to pay the filing fee by the deadline would likely result in the dismissal of this action. Plaintiff has failed to pay the filing fee.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *see also Cruz v. Calderon*, 2023 WL 2505623, at *2 (N.D. Cal. Feb. 21, 2023), *appeal dismissed sub nom. Trujillo v. Calderon*, 2023 WL 10366331 (9th Cir. Sept. 27, 2023) (dismissing case for failure to pay filing fee). Accordingly, the Court **ORDERS** Plaintiff Sergey Firsov to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. If Plaintiff wishes to attempt to proceed with this action, he must either respond to this order or pay the $405.00 filing fee by May 22, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to</u>

1  prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written
2  response by the deadline above.
3  **IT IS SO ORDERED.**

5  Dated: May 8, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge